


P O Box 145122
Salt Lake City, UT
84114-5122
800-663-1662
mycornerstoneloan.org

**CornerStone**
EDUCATION LOAN SERVICES
by uheaa

Change of Address Form

DATE: August 8, 2019

RE: 19-82124-AL
EMILY I TIDWELL

Please change or add our agency name and/or address to the mailing matrix to read as follows:

Name: CornerStone Education Loan Services

Address: PO Box 145123

City: Salt Lake City

State/ZIP: UT 84114-5123

Former address:

Name: CornerStone Education Loan Services
US Department of Education

Address: PO Box 105189

City: Atlanta

State/ZIP GA 30348-5189

Thank you,

Signed: _____
Mindy Torman
Account Services Supervisor
CornerStone Education Loan Services